■ WILLIAM H. MOUNTAIN, III, Respondent-Appellant, v VICKI SCOTT et al., Constituting the Board of Elections of the County of Cattaraugus, et al., Respondents, and ANTHONY J. DE ROSE, Appellant-Respondent, and ANDREW S. WATERMAN, Intervenor-Appellant. (Appeal No. 1.) — Order unanimously modified, on the law, and, as modified, affirmed, without costs, in accordance with the following memorandum: We agree with Special Term that chapter 296 of the Laws of 1984 does not operate to repeal section 23 of the Judiciary Law and that there is no merit to the challenge to the election. Inasmuch as by operation of law (Judiciary Law, §§ 22, 23) Judge De Rose's term expires December 31, 1984, petitioner was elected not to fill a vacancy (see L 1969, ch 351) but as a successor to De Rose's expired term (see *People ex rel. Joyce v Brundage,* 78 NY 403) and is entitled to serve a full term (see *People ex rel. Weller v Townsend,* 102 NY 430) of four years (see L 1969, ch 351). (Appeals from order of Supreme Court, Cattaraugus County, Kane, J. — Election Law.) Present — Hancock, Jr., Doerr, Boomer, Green and O'Donnell, JJ. (Order entered Dec. 5, 1984.)

■ WILLIAM H. MOUNTAIN, III, a Candidate Aggrieved, Respondent, v VICKI SCOTT et al., Constituting the Board of Elections of the County of Cattaraugus, et al., Respondents, and ANTHONY J. DE ROSE, Appellant. (Appeal No. 2.) — Appeal unanimously dismissed, without costs, as moot. (Appeal from order of Supreme Court, Cattaraugus County, Kane, J. — Election Law.) Present — Hancock, Jr., J. P., Doerr, Boomer, Green and O'Donnell, JJ. (Order entered Dec. 5, 1984.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM D. NIX, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Niagara County Court, DiFlorio, J. — burglary, third degree, and another charge.) Present — Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ STATE DIVISION OF HUMAN RIGHTS, on the Complaint of MORRIS WHITE, Petitioner, v GENERAL MOTORS CORPORATION, CHEVROLET-TONAWANDA DIVISION, Respondent. — Determination unanimously confirmed and petition dismissed, without costs, (see *State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law, § 298.) Present — Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.